GORDON TALBOT, Respondent, *v.* THOMAS C. BROWN COMPANY, INC., Appellant.

(Argued November 28, 1933; decided December 12, 1933.)

*J. Stanley Carter* for appellant.

*Thomas B. Cotter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.